Case: 2:21-cv-10814
Judge: Michelson, Laurie J.
MJ: Altman, Kimberly G.
Filed: 03-05-2021 At 01:14 PM
CMP KYLE RICHARDS V THE ILLUMNATI ASSOC ET AL (SS)

# Complaint

## In The United States Eastern District Court Of Michigan

Plaintiff: Kyle Brandon Richards (Pro Se)
#641715
Baraga Max Corr. Facility
13924 Wadaga rd,
Baraga. MI, 49908

Vs.

Defendants:

1.) The Illumnati Association
a.( Address Unknown At This Time)
Check Online

2.) The Skull And Bones (Association)
( Address Unknown At This Time )
Check Online

3.) The Order Of The Black Sun
( Address Unknown At This Time, Check Online )

4.) The Heaven And Earth Association
( Address Unknown At This Time, Check Online

5.) The Free Masons
( Address Located Online )

6.) All 5 Defendants Are Known As A/THE "Partnership"

Case #

Judge:

* This is not filed Under Section 1983, but rather Asserted Against A Private 'Partnership' Per 28 U.S.C



THE FOLLOWING CIVIL ACTION IS
BROUGHT AGAINST ALL DEFENDANTS,
KNOWN AS "THE PARTNERSHIP"

Disclaimer
I, Kyle Brandon Richards, make Known, That
Ive Sworn No Oaths, Nor Any Vows To Any
Of The Defendants. Im Absolutely Under NO
Obligations Of Silence.

Second, Ive made every reasonable Attempt
To Negotiate And Contact representatives
Of These Associated Groups. They Assert
"Weve Already Talked." Untrue. They Threw
A Party, but NEVER Tried To reason
With me.

Mediation / Proposal For Negotiation

Im Willing To Settle With EACH Defendant,
IF THEIR WILLING To be REASONABLE.
Their members harrasment, Degredation,
And Continued Terrorizing Of me, is
Morally Atrocise, AND I DEMAND
Compensation. (see RELIEF Requested)

Index

( Page # )                 * THE Craft

4   -   Understanding THE Craft
5   --  Planescapes And Realities
6   --  Crafting realities / Planescapes
8   -   Dimensions, Realms, And Alternative Realities
11  -   Levels Of Reality
13  -   Access Of Entry
15  -   STATE OF THE ArT
17  -   Time And The See or Sea
22  -   Locks And Seals
23  -   THE Composition Of Life - 4 Components
26  -   THE Reality Of Death - Slaying And Reaping
28  -   Chronology - Chronosphere
29  -   THE DIVINE Language, Symbolic Representation

    * Associations :

35  -   THE Illumnati Association
44  -   THE Skull And Bones
53  -   THE Ku Klux Klan
54  -   THE Heaven And Earth Association
55  -   THE Red Hare
59      La Cosa Nostra

    * Orders :

62 61 -   THE Order OF THE LIGHT
63 62 -   THE Order OF THE Sea
65 63 -   THE Order OF THE Black Sun
66 64 -   THE Order OF THE Earth
667 65 -  THE Order OF Science And Technology

( Page )

x   Special Places

6769  THE Markets

6871  THE Scientist

6973  Spiritual Health

75 - Claim 1

78 - Claim 2

80 - Claim 3

81 - Claim 4

82 - Claim 5

83 - Prayer For Relief

x EXHIBITS

A.) Systems Of Collective Reality And The Truth

B.) THE Constitution OF Divine Rights

C.) THE Divine Language

D.) THE Last Will And Testiment OF Kyle B. Richards

( Understanding THE Craft )

In This World And Universe, There Are hidden
People And realities, Of which, most People
Cant See. Many Of These Places Are
"ARTIFICIAL Constructs" That Have been
Designed And Constructed by Using An Age
Old Occult Technology. / Entire realms Of Reality
And Even People Can be Created, beyond
Physical And Spatial Limitation, As We Know it.
To Understand THIS Complaint, One must First
Understand THE Divine Craft Practiced by Defendants

Planescapes And Reality

In The Universe There Are 2 Distinct Forms Of Planescapes That make Up The Composition Of reality, Alternate reality, And realms.

1.) Material Planes : Material Planes Are Physical Planescapes That Are Created Or Exist. The material World is A material Planescape. Material Planescapes Have Tangible Elemental Composition That is Of Physical Design.

2.) Astral Planes : Astral Planes Are Spiritual Planescapes That Exist Within The Astral. Through meditation, Persons Can Access The Astral Plane Through Their mind. The Human mind Connects To The Astral Plane. The Astral Plane is like A internet That Connects All People, Ideas, And Information. Through This Web, People Can Connect, Create, And Exchange Images And Ideas. There is No real Express Limitations On The Content And Level Of Ideas Exchanged.

Societies That live And Dwell in The Astral Plane Are known As 'Luminaries' or 'Luminoso'. There Are Thousands, if Not more, Of Luminary Societies And Associations, That Exist, The most Well known Are The 'maoist Luminoso', 'mafia Luminoso' And 'Illumnati Association'. All of Them Practice A Doctrine Of 'Living in The Light' And most Generally, (NOT All) belong To (THE ORDER OF LIGHT) most Luminary Groups work Together With Other known Societies, To "CRAFT REALITIES" And Seer "Timelines".

(ASTRAL PLACES)
(Dimensions of Realities)

alpha ────────────────── omega   (ASTRAL FUTURES)
                                  (Dimensions Of Time)

1.) Various Types Of Luminoso/Luminaries Construct "Blueprints" For Alternate And mainstream realities in The Astral Plane.

2.) Other Types Of Luminaries / Luminoso Construct "Blueprints For Future Events, by Seeing, Envisioning And Then 'Setting' The Future in The Astral Plane.

3) masons / masonic Societies; masons work with Luminaries, In Constructing Time And Reality. Once A 'Luminarie/Luminoso' Sets An ASTRAL BLUEPRINT, masons PAVE Over The blueprint with Raw MATERIALS. masons MATERIALIZE Spiritual realities into material Physical Realities And Futures. (There Are many masonic Groups)

# CRAFTING REALITIES / PLANESCAPES

In Order To Create Physical And material realities, First A 3D Dimensional blueprint must be Drawn in The Astral Plane, And Then 'Set' into A Framework. Then The "Spiritual Reality" is 'Constructed' into A "Physical Reality" Using raw material.

1.1    Astral Projection : Through Focus Meditation A Person Can Use 'Cognative' Astral Projection To Create 'Astral Rooms', 'Astral Halls', And 'Astral Realms'. By Imagining These rooms And Focusing On Details. Once That Person Imagines 'Objects', 'rooms', And 'Even People', They Can 'Set' Those Images into A "Framework" (Drawing Blueprints )

2.1   material Construction : Once The "Framework" is Set in The Astral Plane, Then The material Construction Can begin. Raw materials From The 'Elemental Plane' is Used To Construct The Astral blueprint into A Physical reality.

(There is no Such Thing As Nature in its Typical sense. "The Natural Order" is a illusion, better yet, THE WORLD ITSELF is An ARTIFICIAL CONSTRUCT. )

Focus meditation

Through Focus Meditation or Spiritual Astral Projection, a `Luminary` or any such person can craft `Astral Planescapes`. These serve as blueprints for the materialization of new realities. Focus meditation or spiritual enlightenment occurs when and once a person gains cognative mastery Learning To `walk`, `Listen`, `Talk`, and `see` in the Spirit.

(a mouth to speak)

(Talk) a Person Learns To Talk (Telepathically) by creating a loud and strong inner voice and expanding that voice in their mind. The voice is then used to communicate through Telepathy. (mental voice) This Trains The Spirit To speak.

(Ears To Hear)

(Listen) Quite The mind until There is complete silence. a Person will Then begin To hear other peoples Thoughts when They reach out with Their mind.

(eyes To see)

(See) Focus your mental Imagery without Trying To Think of anything, and Then youll recieve `vision`. Then youll see The Hidden Astral reality around you.

(walk) Forming a ~~physical~~ body in Spirit and Learning To exit The physical body and walk and move in The Spirit

( Luminaries )

Traditionally `Spiritual` Societies of Astral Projectionist would Serve As "Luminaries" Who would Set blueprints For Constructing Alternate realities, rooms, Halls, And realms. These `Spiritual Blueprints` would Set A Framework In The Spiritual Plane, That Would Serve For The masons who Construct These Special Places Into material Realities.


( masons )

The masons Turn The `Spiritual blueprint` Set by The `Luminaries` Into Actual Physical And material Constructs. Traditionally They `Pave" Over A `Spiritual/Astral` blueprint, Thereby Setting It In Stone. Once It Is `Paved` Over With Concrete, Then Additional material Can be Applied, Such As , Wood, Gold, Silver, marble, And Granite.


There is Infinite Room For Creative Possibility. Physical Dimensions Can Overlap Each Other, Dividing material Planes. Reality As It Looks is not At All what It Seems To be. The Architectural Layout Of The Universe is Vastly Hidden.

( Planescapes And Dimensions )

(Earth)  There Are many hidden Places And Entire
Realities On Earth And In This world, Some
Are Vast, And Others Are Smaller. Some
Are As big As The world, Some Are As
Small As A State. Some Are 'material
Realities' That have been Constructed And
Others Are 'Astral Blueprints' That Have
Yet To be Constructed. ( Spiritual Planes )


(Space)  Earth Is not The Only world In The
Universe With Hidden Dimensions And
Hidden material Places. Across Our Solar
System, And Even Galaxies, There Are
Hidden Places In "Time And Space", In
Which Life (Human mostly) Exists. When
We look At mars, Jupiter, Saturn, So On,
We See lifeless Planets, but Hidden
From Our Eyes Are Alternate Dimensions,
Where An Abundance Of Life may Exist.
(This is not To be Confused Also With
'Dark matter' Which Emitts From A
Black Sun, of Which There Are many
Black Suns / Black Stars, We Cant See.)

↑
Note: masons
usually Keep
Their Tools In
hidden "Sheds"
And "warehouses"

Time:  Every Solar System has Its Own 'Timeline'
belonging To A Sun (Star). Within Each
Solar System There Are many 'Branching'
Timelines And Alternate 'Timelines.'

( Dimensions )
Realms And Alternate realities :

Although it Appears we live in one Single visable reality, we Actually Pass Through many multitudes of reality every year.

Although barely noticable, a vast multitude of "Cultural And Spiritual" realities, effect what we can see And cant see.

For Example you might be watching TV at 6pm Friday. In one reality Your watching a movie, but in Another reality at the same time, a infomercial is playing on the same Channel.

Or For Example, you might be in a resturant, And you can only See 20 People, but in Fact, in Several Other realities There Are 100 or 200 People in The resturant.

Reality is Divided into Several "Dimensions" That can Overlap Each Other.

This is because the various dimensions of reality are 'intertwined' in some significant way, based on how a planescape is constructed. Some dimensions can pass through various points in a 'Timeline', creating a cirtian "Wormhole" style effect, allowing people to physically pass through one point in a "Timeline" to another. However, most dimensions have a "Portal" effect, merely taking us from one distant location to another. (This is based largely upon a planescapes construction)

1.1 Portal: Two or more distant locations, places, that are connected dimensionally. Imagine a hallway with 10 doors. One door leads to 'Tokyo', another leads to 'New York', another door leads to 'Ontario', another door leads to 'Moscow', another to 'Paris', 'London', and so on... all connected to a single HALL.

2.1 Wormhole: Two or more places at 'distant' TIMES that are connected dimensionally. Imagine the same hallway, but one door leads to 'Tokyo - 2004', another leads to 'New York - 2001' another to 'Paris - 2000', or 'Ontario - 1995', all connected to a single HALL.

These many (Dimensions) Generally Connect To A Color Of 'Spiritual reality' That represent The mood And Culture Of That reality.

Infinite multitudes Of Dimensions Can Exist Simultaniously In The Same Place. People Can inhabit A Same location, At The Same Time, but Seperated by 'Dimensional realities'.

* 'Superintending Dimension': A Superintending Dimension is One where The Dimension That is Superintending Can Effect And Control The Other Dimensions Around it. For Example, A Person Who is in A Superintending Dimension Can 'Punch' A Person, or push A Person in Another Dimension, Without being seen.

All 'Partnership Associations' Have Their Own Unique Dimensions That Come Together To Form Alternate Subcultural realities.

( ChronoCross ✛ , ChronoWheel ◍ , ChronoSphere ⊕ )

To Really Understand 'Dimensions' And How They Exist In Time And Space, We Need To Understand The Various Styles Of 'Traditional', 'Conventional' And 'Alternative' <u>Architecture</u>. All Planescapes Are 'Constructed' Differently. The Design Of Each 'Planescape' Will Generally Determine Where And How Dimensions Interact.

(OLD WORLD DESIGN)

In The Old World, 'Wormholes' Couldn't Exist because The 'Planescape' Of Reality Was 'designed' <u>FIAT</u>.



Dimensions Of 'spatial' material Realities

(Alpha)

Dimensions Of Time

(omega)

( ChronoCross )

— Timeline' And 'Spatial Lines' Are Also Called <u>Wheels</u> or <u>Spokes</u>

The Architectural Design Of reality Doesn't Allow For A 'Crossing' Of Time And Space.



(Chronowheel )( <u>NEW WORLD DESIGNS</u>)

DESIGN # 1 / A Wheel Within A Spoke Wheel

Timeline / Wheel

Spatial Line Wheel

Both Wheels Spin in Opposite Directions To Spin The Yarn Of Time.

DESIGN # 2    (CHRONOSPhere

In Design # 2 Time is A 'Wheel' And 'Space' is A Wheel, And Both Time And Space Are <u>Intertwined</u>

Spinning Time Into A Ball Of Yarn

Dimensions Of material Spatial realitie

dimensio Of Time

(Time Realities)
(Spatial Realities)

Dimensions : Alternate realities That Coexist in Syncronicity. The Differences in These realities Are Subtle Anomolies That Are rarely noticable Except To A Person who is watching For Them. Different People Can inhabit The Same Place AT The Same Time, but be Grouped in Different Dimensions, So They Cannot See Each Other. For The most Part, Dimensions Appear The Same. (Remember Dimensions Deal With The Division OF Space AND Time Realities)

Realms : Alternate realities That Exist Far Apart From The Common reality OF The World (Earth). These realities Can Take The Form OF 'Fantasy' Worlds or Science Fiction Worlds. There is Very little Limitation in Terms OF Possibility.

Realms Can Also Connect To This Earthly Universe, So That People Can Exit AND Enter Them. Realms And Dimensions Can be infinately Expansive AND Hold Billions OF People. (Example: Chronicles OF Narnia)

* Physical Reality : Dimensions And Realms Are Physical (Not Spiritual realities) realities. Dimensions And Realms Are Part OF The material Universe.

Dimensions Can Connect The Universe in a Variety Of Ways, including but Not limited To The Following;

Space - Time - in different Space
Space - Space - in different Time
Time - Time - in Same Space
Space To Space - In Same Time

Note: Every Ancient Ruler Has had Their Own 'Luminaries' And 'masons' From 'Kings' To 'Pharohs'

Modern Nations Also have many diverse 'Luminary' And 'mason' Fraternal Orders To Construct reality. England has Clereverk And The USA has Free masons.

The Words Space And Place, Sound The Same, because They Almost Are. Place Exist in Space. A Place is a material Environment, And Every Place Exists With a Space. According To Universal Laws, Space is infinite, but what is Not Infinite is The 'materials' needed To Create "Places" in Space.

Space: A Void Abyssmal Absent Element or Composition. The Void Of Space is infinite Leaving Unlimited room for Creative Potential.

Place: A Physical And material Construct Of Environment within Space, usually Intended For Habitation.

Dimension: A Quantifiable And Coordinated Division Of 'Space' And 'Time' Within A Planescape. (Appearing To be A Division Of Reality)

11

# Levels Of Reality

There Are many Different Classification Systems
To Define Levels Of reality. For Example;
Rooms, Are Part Of Houses, And Houses Are
Within Halls. Halls Are Within Realms,
And realms Are Within Worlds, And Worlds
Are Part Of Solar Systems, That Are Part
Of Galaxies, Which Exist Within Our Universe,
Which is Also Part Of A Multiverse.
(All realities Are Connected in Some Way )

1.) Multiverse : A Collection Of different
   Universes That Exist Apart, but
   remotely Connected To Each Other.

2.) Universe : A supreme reality Consisting
   Of Worlds, Solar Systems, Galaxies
   And Life. ( As Well As Raw material
   Elements )

3.) Galaxies : Clusters Of Solar systems
   Governed by STARS (Spiritual bodies )
   That Give light (Reality ) To Worlds.

4.) Solar Systems : Ruled by A Star (Spiritual
   Collective ) That Gives light And Life
   To Worlds. The Type Of Star (Spiritual
   Collective ) Determines The Culture Of
   The Solar System. (Balls Of Yarn )

(* Solar System (Planescape) Structure, Compares To A Ball Of Yarn, Spun By Two Wheels Intersecting Wheel Of Time And Wheel Of Space.)

In Essence Of Cultural And Reality All Exist Within 'Artificial Constructs'. Reality As We Percieve It Is False, And Designed To make Us believe In The "Limitations Of This World." Although There Are In Fact, 'Governing Principles Of Science, biology, And Life,' That Are Somewhat meritous, The reprentations Of Scientific Principles in This World Are limited, And Primative, Compared To Universal reality.



Wheel Of Space | Threads Of Time

Wheel Of Time

HE Actual Solar System Is Best described As A Ball Of Yarn

The Solar System As We Understand It In This World, Is incomplete, because IT Does not Encompass Its Significance To 'Space And Time' reality, dimensional realities, Or spiritual, semi material, Or Divine Components. The Composition Of The Solar System, Should resemble, but not be Surely Fixed To This map.

DIAGRAM #1

Within The Heliosphere Or Chronosphere, Places Exist Within Time And Space

( CHRONOCTOSS )



Dimensions Of Space (Wheel)

Lords Of The Sun

Dimensions Of Time (Wheel )

( Chrono Sphere )

As Both Wheels Turn, The Threads Of Time And material Space Intertwine

Spatial Wheel

Time Wheel

Supposed To Look like A Disc / Wheel

5.1   Worlds :   Worlds Are habitable life
           breeding planets, such As Earth.
           The Cultural And spiritual realities that
           Each 'World' planetscape recieve
           Depends On The Dieties That inhabit
           its Sun. ( Sun-Spiritual collective )


6.1   Realm :  Part Of A World That is
           ministered And ruled by A (Lord Spiritual )
           The Head Of A Church, And Governed
           by A (Lord Temporal ) Or A King.
           A World is Divided into many
           Realms. Now, in modern Times
           These realms Are Administered by
           States. ( Also Can be A Otherworldly place )


7.)   Halls / Palaces / Castles :  Estates That
           Exist within A realm, Usually
           Constructed into A Combination
           Of Administrative buildings, in Which
           Link To Other buildings Across The
           Realm VIA 'Portal / Dimensions' And
           "Interdimensional Portal" Doors.


8.1   Rooms :  Physical Dimensions within
           buildings That link To Other
           interdimensional Points,

The World Exists Within A Solar System, Which Exists Within A Galaxy, That Exists Within A Universe, That Could be Existing in A Multiverse. The material World As we Percieve It, is incomplete, limited by A False Projection Of reality, That Casts Upon Us A very narrow View Of The Universe.

EVERYTHING IN THE UNIVERSE IS AN "ARTIFICIAL CONSTRUCT" That Was in Fact Created by Someone. Whether We believe It To be GOD or GODs or A Divine being, Ancient Aliens, or A Segment Of Humanity Itself, All Constructs Are Of Artificial DESIGN And Created To Serve A Special Purpose, Whether It be Beauty, drudgery And Slavery, Exploitation, Or Simply A means To Pass Time. IF For Beauty, Then beauty is SUBJECTIVE To Culture And Perspective.

My Father Always Called religion, "Kings Divine Rule" Over A Collection Of People. IF GOD is A 'King Of Kings', Then Perhaps We come from A Divine Will To Power, Either Way 'humanity' is An Author Of The Universe now, And Human Will To Power Over Other People is A Universal Truth.

13

## Access of Entry

All areas and physical realities and dimensions are linked at several points through whats best described as `interdimensional portals` that can take many diverse forms.

1.1   A `luminary` can by `astral projection` and `astral travel`, conjure up and link together several or two and more places (dimensions)

2.1   A `mason` then paves the `spiritual blueprint` set in the astral plane, and constructs it into a `material` and physical entry point.

Types of entry points vary per reality. Most points of entry are hidden in secret. They cannot be seen unless a person can channel and focus their vision into an astral plane.

Once a person finds a door, they can knock, (usually a coded knock) and the door will appear to them.

The Solar System, Now Constructed by 2 Spoke Wheels (The Wheel Of Time) And The (Wheel Of Space), Spin And Weave The "Threads Of Time" Into A Ball Of Yarn. Since There Are 'Billions' Of Solar Systems, There Are 'Billions' Of 'Balls Of Yarn' or (Space And Time Weavings Of Reality.) They Do Exist, but They Too Are 'Artificial Constructs.' Even Though Other Solar Systems Appear Lifeless, if We dig And Weave Through Their 'Chronosphere', We may Find That There is Abandant Life Across The Galaxy. (Galaxies)

The Threads Of Time Weaving Together The Solar System Into A Tight ball, bring All Past, Present, Futures, And Alternate realities And realms into Alignment, running Across Various Points. Dimensions linked by Portals And 'Doors' Provide us Access To Other Existing Points Of material Time And Space.

14

Doors:  Doors Connect rooms To Halls
   And Other buildings. Depending On
   The Place, The Doors will Appear
    Differently and be Crafted Uniquely.


Portals:  Portals Can Connect 'Earth'
   To Other Worlds, And To Other
   Planets in Our Solar System.
    Those Planets, Appearing Lifeless,
    Have Habital Halls, rooms, And
    Realms Within Their Interior.


Stargates:  Stargates bridge Solar Systems
   Together That Are Within The Same
   Galaxy. A  Person Can 'Physically'
   Can Travel From One Star System To
   Another.  (Usually From A Ship or From
    A Stargate Attached To A Planet.)


'Doors', 'Portals', And 'Stargates' Can be
   Physically Travelled Through, Without
   Having To Leave The Body.

(Warning: Do not Try To Enter A Stargate
    Without A Physical Body.  )

Wormholes: A wormhole is a Door (not an actual hole) by which two or more places from 'different' points in time, are connected together.

Galaxies are also constructed to spin in a spiral alignment, bridging access points between different solar systems. Timelines in different solar systems are vastly diverse, and life may exist at different points. Hidden life may also exist in various dimensions of space within that stars system.

Portals bridge two or more places at the same time. In medeval Europe, the 'Colleseum' was a portal to over a hundred 'Realms'. The Roman 'Collusseum' had several dozen 'archways' that were portals to different Realms across the world.

STARGATES are very simulare, as they connect solar systems. They appear as 'Large Doors' or 'Large Portals'. People can quickly travel system to system, using a stargate.

STATE OF THE ART (TECHNOLOGY)

In the advent of new technology, Luminaries and masons are no longer the sole tool of craftsmanship. Due to computerized systems that can "interface" with the 'spiritual' and astral planes, the jobs of the Luminary and mason have been mitigated by heavy machinary.

1.1 No more headaches.

Luminaries can now sync to computerized systems and more quickly and efficiently design 'astral blueprints' for construction workers. Computers with a click of a button can 'cut', 'paste', and 'save' existing "schematic designs" and insert them into the astral spiritual realm.

Entire rooms, halls, and realms, worlds, and possibly entire galaxies, can be uploaded, and saved, duplicated schematically using advanced software. Whole worlds can be crafted within a day, possibly duplicating whole universes. Predesigned blueprints can be downloaded into the universe with a click of a button.

The Advent Of These Computerized Systems Has Created A Almost Infinite Potential For New 'Astral Blueprints'. Luminaries Are Constantly Producing New Astral Designs And The Masons Struggle To Keep Up With Construction Demands. The Everlasting Demand For Construction Has Created A backlog for masonic Workers, All Of Whome Lack The manpower To meet The Workload.

There is Also The Issue Of 'finite' resources. Light is Energy Of Which There is no Shortage ThereOf. However, Raw matterials Are 'finite' And They Will Eventually become Scarce And Unavailable. masons now have To selectively DECIDE what Projects Are Worthy Of Their Time And dedication Of resources.

Lots Of Projects set by Astral blueprints, means 'masons' now Have Tough Jobs. Their Workload is Heavy And Their back is likely Going To hurt From Strenious Work.

16

2.1   No more backache.

Masons can now sync their new smart
tools into the astral, and pave these
`Astral Realities' into material physical
existances. No more hardwork. Smart
machines can follow the blueprint and
manually pave realities into a material
plane.

3.1   Accelerated mass production

Houses, rooms, halls, and realms and
even worlds can be quickly downloaded
into the `Astral Plane' and turned into
material realities. The mass production
of dimensional physical realities,
are almost limitless.

4.1   The `Luminaries' and `Masons' of old
are now "Opperators" of technologies
in a new era of enlightened
spiritual production.

(note: There are some societies of
Luminaries and masons that still
practice the old traditional way
of crafting )

Questions now manifest. What does This Technology Look Like. If Your Thinking it Looks Like A Clunky metal Computer or plastic Smartphones, Then Think Again, Some 'Hard Tools' may Still be hard metal And Laser, Necessary For Fast And Effective Construction. I Imagine Hard metal Tools That Dont Degrade And Have Extreme Durrability.

However, Computerized systems I assume Proffess To be 'SOFT Technology'. Think Of The human brain As 'SOFT Technology'. Instead Of 'metal microchips And wires' I Proffess 'Organic and SOFT Conducting matter'. Instead Of Glass screens, I Proffess Images Appearing On Organic Screens As SOFT As The Human Eye.

Try To Imagine watching Television On A big Giant Eyeball, As Crystal Clear Images Dance Across its Lense, With Better resolution Than Any Glass or plastic Tv screen.

Also Try To Imagine, Sitting At your Computer, Except The moniter is not metal microchips, but 'SOFT Technology' That was The same or Similar matter As The Human Brian. The Brian is A SOFT Technology made Of Organic Energy Conducting matter.

Time And The See / Sea

All Time, From begining To End ( OF A Particular Timeline ) is Generally Planned And Predetermined. Almost Every Religion Agknowladges A Timeline For The Universe As `Alpha` (Creation ) And `Omega` (Destruction ) According To Every religion, reality Of This World has been Seen To The End.

Thus, Every Thing in between Has Technically Already Happened. The Day Were born, All The Events OF Our life, Every Decision We make, Those Things Are Seen. This Does not necessarily Diminish Free Will, because Every Decision Weve Already Freely made Has Also been Seen. The beginning And End Of The World And iTs (Timeline), And Every Thing in between Has A " Plan "

(⁻ 1.) (Timelines) : There is not A single Timeline. Realms That Exist Outside OF The Timeline OF This World, May Have Different Timelines.



NOTE: When masons construct a material reality of a "Timeline", they work up ↑ time, standing on a "Scaffold" outside of time.

When thinking about the reality of the coordination, materialization and construction of time and spatial realities, we should think of "The Matrix" as a good example of reality crafting. The 2000 movie "The Matrix", focused on the idea of reality being crafted by a computer program. This notion is sort of close to the actual truth, except the matrix had left a few things out.

Soft Technology: All technology as it appeared in "The Matrix" was "Hard Technology" (metal, microchips, plastic, wires). However, alot of hidden technologies are "Soft Tech". Think of the human body, the brain is a computer, our veins are basically wires, and like all technologies, we process information and conduct energy. In terms think of this as a bio technology.

The material construction of time and spatial realities, employs both "Hard Technology" and "Soft Technology" that work synergically and is managed by human beings. We must always remember that the "Artificial Constructs" of time and material spatial reality, is a product of "Human Craftsmanship" and humanities "Collective" and "Individual" "Creative Will To Power" over a collective universe.

Timelines :  The Reality Of  a  multiverse,
     Creates Different Timelines  For
       Each  Universe.  Also, Different Worlds
       And  realms  may  split  or  Branch
       Off Timelines.


Plans :  Every  Timeline  Has  a  Plan  or
     Set  Of  Plans.  Generally  various
     " interest  Groups"  And  Even  individual
     People  Have  An  Interest  in  A  Plan.
     Some  Of  These  Groups  Fight  With
     Each  Other,  Trying  To  Change  The
     Plan  For  a  Reality.


*  Interest  Groups :  There  Are  Several  Types
     Of  interest  Groups  With  Various
     Agendas.  These  can  range  From
     " National  Interest  Groups "  To
     " Private  Interest  Groups "  To
     " Special  Interest  Groups."  These
     many  Groups  Have  An  Interest
     In  Altering,  Changing,  Preserving
     Or  Ammending  reality.  Also  Use  Better
     Terms :
          *  National  Interest  Association  (NIA)
          *  Private  interest  Association  (PIA)
          *  Special  Interest  Association  (SIA)

Understanding Various Associations OF Private, National, And Special Interest, is Imperative To Avoid Adverse Manipulation, induction, Deceptive Practice OF Toil, And becoming A Victim OF Such A Social Group Culture. Many OF These Groups Practice 'Usury', 'Manipulation' And Sometimes 'Harrosment', Aimed AT Acheiving A "AGENDA"

Sometimes These Groups Are Known To Assault, Batter, And Even Kill People Who Dont Give Them What They Want, When They Want it. Many Who have been Granted Special privilages, Are Apt To frequently Abuse Their Privilages. Abuse OF Power is A Frequent And Absolute reality OF All OF These Special interest Groups, National interest Groups, And Private interest Groups.

* "Stripping" is Also A Well Known Practice, Where These NIG, SIG, PIG, (NIA, SIA, or PIA) Entrapp, Capture, defraud, Ensare A Person or People in A "Scheme" Or Well Orchastrated "Schemes", designed To "Strip" A Person OF Wealth, Property, dignity And Sometimes Even Life.

* "Eating" is A Practice Whereby A interest Groups Eat And Consume People, Property, Cultures, Wealth And even nations, into Their Collective System

NOTE: The best way to define a "Interest Group" is the movie called, "THE ADJUSTMENT BEARU" (a movie made in the U.S.A) In the movie "THE ADJUSTMENT BEARU" The secret society had a single job, which was to make sure everything went according to plan.

Altering, Preserving, Ammending Time:



Interest Groups have various Terms for this process of "Astral Travel" where they "Astral Project" and then 'Speed' up their astral planes 'Time', or they so they project faster through a lense of future events

Just like creating astral rooms and 'Astral Blueprints', through vast interactions and manipulations of other people, they set forth a "Social Blueprint" for all future events. Different interest groups have diverse agendas, and not all agree on plans set for the future.

multiple different "Scaffolds" can be managed by different Private Interest Groups and National Interest Groups.

Some fight amongst each other in the construction of Time and materialization of space therein.

Various PIA, NIA, SIA, And Other Groups
(SIGs, NIGs, PIGs.) All Exist Across many worlds
And The Universe. Every Country, Whether it be
'China', 'Russia', 'Japan', 'USA', 'North Korea',
'Saudi Arabia', 'England', 'Italy', or 'Iran', ALL
Have Their Own 'National Interest Groups',
many With Their Own 'Halls' And 'Boats'.

Think Again Of The movie "THE ADJUSTMENT
BEUALU". Now Imagine A World Full Of
many Different "ADJUSTMENT BAUREUS".
Every nation AND Country HAS Their Own
"ADJUSTMENT BEAUTU" That Scouts Through
Time, Securing And Sometimes 'modifying'
Plans To better serve A "NATIONAL AGENDA"

Now, Lets Complicate Things even more.
many Assortment Of "Private Interest Groups"
Also Exist in Every Country, Taking The form
OF various 'Corporations' Or 'Private Associations'
That Also have Sort Of "ADJUSTMENT BEATU"
A "Privatized" ADJUSTMENT Beutau" That
Scouts Through Time, Securing And sometimes
'modifying' PLANS To better serve A
"Corporate AGENDA"

A Vast many Countries, Nations, Private Companies,
And Private Associations, Have Their Own 'Luminaries'
And 'masons' To Help Construct Reality.

In `Luminary` Cultures, The Process Of "Seeing" Through The Future in A Astral Plane And Setting Forth A Projected "Blueprint" For All Future Interactions And Events, is Part Of The Craft.

Once The `Blueprint` For The Future is Set, Then The `masons` Pave Over The Astral Timeline, Thereby materializing it into Physical reality.

Then The Future is Set In Stone. Note: When A Person is "Set To Die" in The Astral Plane, They Get "Paved Over" When it is materialized into Reality.

In The `Boat` Cultures Of societies Like `Skull And Bones` Or `Red beards` boat / ship, Whether it be `Blackbeard` Who runs The ATIANTIC Or `Red beard` Who runs The PACIFIC, There is A Seperate Jargon.

Charting: Is The Process Of Projecting Possible realities Through The Astral Plane And Then Setting A Course. (Looking into The Sea Of Time)

In Traditional 'BOAT' Cultures, Charting A Course is in Essence "Planning And Navigating A Course Through Time" This is Important To Understand, because Some NIA, NIG, PIA, PIG, SIA, and SIGs Construct Different Private [Leiath] realities with Diverse Material Fashion. One NIG or NIA, might build Their boat into A Spaceship And Cross between (The Order Of Light) And (THE ORDER OF THE SEA).

A **BOAT** is A Physical And material Construct in which People, Generally 'Immortals', Live On. A Boat Can physically Travel Through 'Time' And 'Space', Navigating What The BOAT Cultures Call, (THE SEA OF Time)



Example:
Time And Space

( THE SEA OF TIME Spirals UPWARDS )

'Each Fish is Stuck in its Time Current'

* Also Called A 'Ship' based on Size

THE Whole IDEA OF A BOAT is To Travel Through The Sea OF Time, And Collect FISH, (PEOPLE) Who Get batted And 'Hooked' On The ideas Philosophy, or Culture or Religion OF A **BOAT.**

Steering : Following or Paving A Set Course,
      And Ensuring The set Course is seen
      Through To The Desired Destination.
      ( Until its set in stone ) Navigating
        The reality you Charted, making
        sure The winds Dont blow The
        ship off course. ( steering is Done
        in The  physical reality )


Sailing : most people Are Sailing. They
        Have  No  Course Charted And
        No  Destination. They Are merely
        Drifting in The wind, And being
        Pushed by waves.


Fighting : much Fighting Occurs in The
        Astral Timeline, As People Project
        Futures Against Each Other.
        Invisable wars Are Fought in
        The Astral Plane between A many
        Diverse Assertment of Interest
        Groups. most of The Time The
        Projected Futures 'Bluff And Posture'
        but sometimes Deadly results
        Are set in stone. Fighting in The
        Astral Plane is very common, but
        Also very Dangerious, Creating
        'waves' And 'storms' in The SEA
        of Time.

When Different 'National Agendas' Conflict
With Each Other, There becomes A "Storm"
Brewing in The Sea. Some Boats ride into
The Storm, Others ride Away From The Storm.
That Course Depends whether A Boat is
built for war.

Private Companies And Associations Fight
Each Other To Secure Corporate interest,
Advance National Agendas, And To Further
Consolidate The Power And Wealth That
Gives Life To Immortality.

National Interest Sections Also Fight Amongst
Each Other To Secure, National Objectives,
That Advance national interest in The Plan
Manifest in Time. "Agenda" is A Very
important Concept To understand, because
The Planning Of Future Time is Constructed
To accommidate Agendas Of Various Groups.
( SIG, NIG, PIG ) or ( SIA, PIA, NIA )

( Important )
*     Piracy And War Are A Serious Problem,
      People Fighting Over 'Boats', 'Halls' And
      Who has A right To Own What Water,
      And Who Controls The LIGHT, in The
      Cooridnation Of Time And Future.

## Locks And Seals

Gates And Doors Leading To Various Planescapes, Realms, And Realities, Are Generally Locked And Sealed Off From The General Public. Whether The Entry Is A Door, Portal, Wormhole, Gate, Stargate, Or Other, The Access Of Entry Is Generally Sealed And Locked Off. Only Those With Special Permission Can Usually Gain Access Of Entry.

* Seal: If A Door Or Gate Is Sealed, Then You Generally Wont Be Able To See It. Only Specially Permitted People Will Be Able To See And Access The Doors And Gates.

* Accessability: To Gain Access To A Realm, Planescape, Or Reality, One Must "Follow" Another Person Who Has EYES And KEYS To A Door, And To Seek Invitation.

* Eyes: (See Section On "Divine Language") If Someone Has Spiritual Eyes Connected To A Divine "Collective Reality" Or Realm, That Person Will Be Able To See Doors And Gates, Belonging To That Collective Realm And Reality. (Eyes Are Knowledge, Awareness, Visual, Spiritual, And Physical Access. Eyes Lead To Visual, Spiritual, And Physical Access To A Realm.)

* Knocking: Once a person has eyes (knowledge, awareness, physical and spiritual affirmation of a reality) They can knock on a door to seek entry. With permission, They can gain entry.

* Breaking a Seal / Breaking Entry / Forcing Entry: A person can break a seal and break entry by finding and taking captive a person who who has EYES and KEYS to a particular realm and collective reality and forcing them to reveal a hidden gate or door to you and forcing them to open the door to you. By "connecting yourselve" to that person, you can enter their realm and "collective reality, thereby gaining access to their private world.

* In a wartime scenario, 'Forcing Entry' and 'Breaking Seals' is crucial to overcomming and conquring enemy boats, ships, halls and other 'Reality Constructs'. This is important to expanding domain. For example, hypothetically lets say 'La Cosa Nostra' went to war with 'The Skull and bones'. In order to "Take Territory" or 'Domain' The mafia would have to "capture" a skull and bones member of high rank, and 'force' them to reveal and open their doors and gates.

The Composition Of Life   (4 Components)

If There is A Single MOST IMPORTANT Concept That One must NEVER Forget, It is That The Composition Of Life HAS 4 Components. The Casualty Of Any One OF These Components, resuIts in Death. All 4 Components must Exist TogetHer, intact, or A Person will Die.

1.1   The Body : The human body must Exist in A Functional STATE, with And Accoroing To The Free will Of The User. All sense MUST be intact And The Nervous System And motor System MUST be Active.

2.1   The Spirit : The Spirit is The (Conscious energy) OF A Person. Do not Confuse with Soul. * `A Spirit must NEVER Seperate From The SouI in which It is Attached. Seperation Of The Spirit From The Soul will resuIt in Death. The Spirit must Always inhabit A body, but when it TRANSFERS it MUST Take The Soul with it.

3.1   The Soul :   The Entire Personality of a person, consisting of all memories and memory networks. The conscious and Subconscious interpretation of reality as well as character pathological make up, All come together to form a persons soul. ( A persons soul must always be attached to their Spirit 'conscious energy' and the Two 'spirit and soul' must NEVER seperate. )   AKA (mind)

★ A   'Soul recorder' (as Ive come to call it) or 'memory record' can be 'SAVED' To the Astral plane, as well as other planes, that consistently keep a updated record of a persons 'memory networks' and personality composition." SO YOU NEVER LOSE YOUR SOUL OR WHO YOU Are." (A soul is more than just your memory networks but also a persons FEELINGS towards those memories and those FEELINGS will EFFECT a persons interpretation of REALITY. Thus the Soul is a Personality composition, and the Soul determines a persons 'Compatability" To various Dimensions of Color Reality.

Note: The Soul must always be Free From Adverse manipulation

4.1    Social Life :  A  Persons Commune with Collective
          realities of other people, and universal
          Access to the Great many masses of people
          in the universe, are their social life.
          Any and all people must focus their
          'Objective reality' towards expanding and
          Increasing their social, Life.

          Social Life is Largely determined by, but
          not Always contingent upon, the following
          Factors in which effect a persons social
          Existence ;  'Sex Appeall', 'Honor', 'Dignity
          Of station', 'Reputation', 'Fortune', and
          'Favor'.  For most people their social
          Life maybe Soley determined by The
          'Favor' or 'Disfavor' of the persons
          (steersman, seersman, and pavers) who
          Construct their reality and guide their
          pathways through life.

*  TRANSFER :  The Transfer of the 'spirit and soul'
          To and from one body to another must
          be carefully conducted  by Qualified and
          Trained specialist. The spirit and soul must
          Never seperate and the soul (memory,
          Personality and Pathology) must fully and
          Completely download into the new body.
          Transfer can be conducted anytime.

# THE REALITY OF DEATH - SLAYING AND REAPING

The first realization one must come to wonder, upon Enlightenment, is with all this order and mechanism to sustain life, why is Death still a reality? It is because of two reasons, The first reason is 'THE Finity OF Resources', And The second reason is 'Human Nature.' All Death is of Human Will and is Totally Preventable. Almost all Death is of Human Creation. The Powers Above, human like us, can see when we will die, and many times kill us.

* Scarcity / THE Finity OF Resources: There are simply too many People and not Enough resources to sustain life. Eternal and Immortal Life requires a consumption of material resources that are Finite. Spiritual and Divine material constructs are needed for the substainability of continued Life. This is why, one reason why, Death is a reality. Those who can see and steer through a Timeline will witness millions or more die. Whether it be Apathy or Sadism, They choose not to Help Them. People are Adversely Predestined to die, and Left to Their demise. This neglect is deliberate, So That "Resources" can be consolidated by The Few who have Achieved Immortality. ( Psalms 82 , Genesis 3 : 22 , John 10 : 34 )

* Slaying And Reaping : Both Divine And Natural Human behavior Calls For Slaying And reaping. To slay is To inflict Death And Kill Someone, And To Reap is To Take Their Property And Dominion For Themselfs.

(The Darwinian Perspective / Social Darwinism )

* Human Nature : By nature, Almost All Humans, And Pretty much all Creatures, have Natural Elements Of Vice And sadism. IT Sounds rough, but its A Cruel World. The savage Nature Of Human biology is designed To Promote 'reproduction' And 'survival', With Finite And Scarce resources, We are Compelled by nature To Eliminate All rival Competition. meaning Excess Population Of People, makes The Concession Of Available resources A Threat To Survival. Thus, The Slaying Of Ones Social Competition is Entirely A normal reality. 'Social Darwinism' best Defines The Natural biological interaction between human beings, The biological Pursuit Of Natural Human Dominance, The Indulgence Of Carnal Pleasure, And The Establishment And Expansion Of Personal or Collective Dominion.

* Consolidation Of Power : Resources Are Power And The Gods ( Psalms 82 / John 10 : 34 / Genisis 3 : 22 ) , Whome Are Human Like Us, Do Not Want Us reaching Out And Attaining Immortal Life And Thereby becoming Their Rivals.

\* Consolidation Of Resources :

`Gods' in The Typical PolyTheist Sense, Are noT much different Than Us, Are human in Image And Form ( Genesis 1: 26 And 27 ) And Have Simular desires And Vices. ( Genisis 1: 26 And 27 ) PolyTheism is respecteD As biblical And Fully Agknowladged by Almost Every known religion. ( Genesis 1: 26 ( Our Image... LET Us... ) ( Psalms 82 ) ( Psalms 82, respects And ElaborATes Yoweh As Having A "Divine Peerage" As The HeAD Of A Greek Assembly. ) ( John 10:34, goes FurTher To indicate ThaT Those Chosen And SelecTed by GOD, Are made INTO GODS ) ( Genesis 6: 2-6 ) Also EstablisheS ThaT The Gods Are no diffrent Than Man, with The Same Perversions, Sexual Desires, And Vices, ( See Genesis 6: 2-6 ) Thus if men And GODS Share A Simular nature, Then The Same `Social DarWinisT' Logic Applies To Divine Providence.

NOTE: ( John 10:34 ) Those who rejecT man / humanities `Divine Nature' And Godliness, And Such ATTAinment, Would Thereby rejecT The words Of ChrisT.

Also noTE: I Am NOT Promoting `Christianity' buT Pointing To "Ancient Wisdom" As A Source Of EnlighTened Perspective. Please Do noT Subject This To religious bias. I Draw From many Diverse religions For TruTH, Of Which All religion has Some Of.

( Genesis 3 : 22 ) "Let man not reach out his hand And eat of the Tree of Life, and eat and live Forever..." ... "man has now become like one of US..." The word 'Us' implies a plurality, indicating 'Polytheism'. Amongst this, I call such 'castes of Gods' to be a "divine Peerage." (Genesis 3:22)

Human 'mortality' has 'NOTHING' to do with a Apple, but 'everything' to do with rivalry, of the GODS not wanting to share their dominion with Yawehs creation caste.

Those with Power, Immortality, and Life, want to 'keep secure for themselves' the resources and technologies that sustain Immortality. For mortal men to achieve Godhood is a "Threat" to the existing CASTE of Gods.

Thus the Gods have created 'Religion' to ensnare mankind into 'Ascetic' systems of moral contention that are entirely Fascist and totally self defeating. 'Eternal Life' thus depends upon a Impossible moral and ascetic behavior Achievement, that at most makes us SLAVES of Gods.

The slaying and Reaping of Humankind, and all institution of Death, are a result of the Divine Powers seeking full consolidation of resources, and the 'natural sadism' and even 'divine savagery', that Oppresses Humans to Perdition. (Psalms 82)

Chronology - Chronospheres (Colossians 2:8-9)
Biblica

Every 'ORDER' Has a Chronosphere (most well Developed)
Orders, which 'focuses' Time and Space Around a
Supreme Spiritual 'Element'. (Colossians 2:8-9 Biblica)
However, we must Remember That These Too, Are very
Sophisticated And Elaborate "ARTIFICIAL CONSTRUCTS"

( THE ORDER OF LIGHT )

In The Order Of LIGHT, The God
Element is Light in which The
Dicties Of The Sun Inhabit,
which Illuminates Time.

Like a Ball Of yarn, The wheel Of
Time And Space rotate, spinning
The Threads Of Time into a
Historical Timescape Construct.



( THE ORDER OF THE SEA )

In The Order Of The Sea, THE GOD
Element is WATER, in which The
Dieties Of The water Inhabit,
which Engulfs Time. Like a Ball
Of yarn, The wheels Of Time And
Space Spin The Threads Of history
into a 'Timescape' Construct.

( THE ORDER OF THE Black SUN )

In The Order Of The Black SUN, The God
Element is 'Dark matter', in which
The deities Of The Black Sun Inhabit,
which Enshrouds Time.

Like a Ball Of yarn, The wheel
Of Time And Space, Spin The
Threads Of Time Into a Historical
Construct Of a Historical Timescape





Lords OF THE SUN

Sodom Buddah Yaweh Christ Confuscious

THE morning star

Hall Boat Boar Hall

Alpha BC (Timeline) Omega (End OF Time) AD

Those who Are Lords
OF The Sun call Themselves
'The morning Star' AND Project
A Spiritual Color in The spectrum
OF Sunlight.

( Time Wheel / Chronocross )

EACH Cycle is
one year
Around
The Sun



Allah (Islam)
Christ
Lords OF The Sun
Yaweh
Ra
Buddah
Zorostr
Lucifer
Confuscious
Boat
Boat
Hall
Hall
Boar

Time, Past, Present, AND future,
All Exist in Physical AND material
Form. Different Orders Construct
Time with different material. (Dark matter, water, Light, Alder )

DIAGRAM 2
CHRONOSPHERE

Spacewheel
(Dimensions
OF space )

Timewheel
(Dimensions )
OF Time

*( FIAT ) when The world was FIAT,
This is how The Timeline looked.
You Could Fall OFF The Edge OF Time

Timeline, All Past, Present, AND
future Events, According To The
bible GOD is The Alpha AND
Omega, AND All Events in
between Have Already Happened
meaning WE ARE LIVING
IN THE PAST.

Timewheel: The Timewheel wraps
Time Around The Sun, So That
1 year is a revolution Around
The Sun.

Chronosphere: A Chronosphere
is A Planescape AND Timescape
Construct, best Compared To A
Ball OF yarn, Spun Together
by 2 Wheels, The Wheel
OF Time AND (space)

Both The Wheel
OF Time AND
Wheel OF Space,
Spin The Threads
OF Time into Construct

SPATIAL
Wheel
Time
Wheel

* As The Wheel OF Time AND
Wheel OF Space Turn, The
Threads OF Time AND Space
Intertwine. In A ChronoSphere
Time becomes A material
Construct, in which we can
Travel Through. Think OF A
'Ball OF yarn' As The material
Construct OF Time AND Space.
(TIME IS A MATERIAL CONSTRUCT

29

# THE DIVINE LANGUAGE
## Symbolic Universal Representations

( STAR Colors )

White Star :   A Spiritual Collective Adhering To The
        moral Systems Conventional To The World (This
        Solar system ) ( GOOD ) - ( moral Purity )

Red Star :  A Spiritual Collective That Contrasts The
        moral System of a world. ( evil ) - ( moral Contrast )

Yellow Star :  A Spiritual Collective That Has a
        "dualistic" moral System of BOTH ( GOOD ) And
        ( Evil )  A White ray of Light ( GOOD ) And
        Red Ray ( evil ) - ( moral Conflict )

Black Star :  A Spiritual Collective Absent Any
        moral System  ( moral Nihilist )

( Sky's Color )

( DAY )

Blue Sky :  Symbolic of The blanket rule That The
        morning Star ( GODS OF THE DAY ) has Over
        The World. During The Day, The "Lords Of
        The Sun" Cover The Sky, Shrouding The
        Sky In Blue. The morning Star is Home
        To The GODS of The Day, And All Their
        Realms And Abodes.

(NIGHT)

BLACK SKY: The stars Are Gods Of The Night and
foriegn To Our Solar system, and They Exist
On A Black Sky. The Black Sky At Night
represents The Absence Of Any Visoble
Spiritual Systems, (moral Nihilism) And The void
Of Spirtual Light (GOOD) or (evil). AT NIGHT,
when The morning Star passes, And The World
Turns its Face Away From The Goos Of The
Day (Rotation), Then The Goos Of The
Night Assert Dominion. (foriegn Goos To Our
Solar System)

THE MORNING STAR: The morning star is The
Sun Of Our Solar system, And Home To The
"GODS OF THE DAY." The 'Lords OF The Sun'
Identify As The morning Star And Spiritually
Embody The Sun Of Our Solar System, Both
Christ And Lucifer Identified As The morning
Star, because both Are 'Lords Of Sun'.
There Are many 'Lords Of The Sun', hundreds
Of Dieties who Identify And reside in The
Star Of The morning, Each Part Of The
Spiritual Collective Of Our Sun. (Psalms 82,
And John 10:34 )

Each diety Identifies
As A Lord Of The Sun,

Each LORD Casts Their
Own RAY Of Light

STARS :   The stars that can be seen across space,
are also suns (spiritual collectives) with their
own solar systems. Each solar system has their
own spiritual collection of dieties. Like our sun
has Lords, each star has their own 'Lords'
and gods that govern their system.
(THE LESSER LIGHT TO RULE THE NIGHT) Psalms 82,
Genesis 1 : 14-19,  John 10 : 34


NOTE:  Although scripture is quoted, this theosophy
does not soley endorse a christian ideology,
but is purely universal. Mixing religion with
the universal craft is not always wise.


THE SKY :  The sky represents THE POWERS ABOVE.
Depending on 'day' or 'night', different gods
rule the sky. Native Americans worshipped
'FATHER SKY' and held many realms of gods
to be in the sky. The Native Hopki believed
in THE BLUE STAR in the night sky, was
the abode of their god and realm of their
ancestors. In ancient china, THE SKY was
the abode of many god emperers, who
governed the earth from above. THE
Judeo Christians believed their god yaweh
resided in the sky. THE GREATER LIGHT TO
RULE THE DAY, (Genesis 1: 14-19) The many
Lords of the sun, rule the day, casting
a 'BLUE SKY' upon the world.

* NOTE: The
Term, 'placing
something in
the sky'
signifies
setting that
thing up for
construction
in heaven)

reaching up
your hand,
is to grasp,
take presession
of heaven

Shaking a fist at
the sky is to make
war on heaven

At Night, The Blue Sky Fades And The 'Lords Of The ~~Gods~~ night' Come Out. (Gods Foreign To The Spiritual System Governing This World.)

NOTE: The Judeo Christian Devil is A Lord of The morning star and is not of night, since he belongs To The Spiritual System Governing This world.

Those "Trapped" In The Spiritual Systems Of The Day, Are Subject To The rule Of The "Blue Sky." Under The 'Blue Sky' The 'Gods of The Day' Who rule This World Hold Dominion. Those Kept Under The Shadow Of The Blue Sky Are decieved by A "Blue Viel Of Deception" @ Promoting Ignorance Of A Universal reality.



THE WORLD (rotation)

Ra
Christ
Allah
Yahweh
Lucifer

THE SUN Lords Of The Sun And The morning Star

* FIRST LIGHT: Although many Gods And deities Are 'Lords Of The SUN', we Seek To Know who was THE FIRST LIG

Those Trapped Under The Blue Sky Are Kept in Ignorance Of The Stars (foreign Gods) That Exist beyond The 'Blue Sky.' The Blue Sky is The Shadow Of The Gods Of The Day, Their Spiritual Collective Casting A Blue Shadow Across Our World. Even The Devil, (Lucifer) is A Lord Of The morning Star, Since he belongs To The Spiritul 'System' (THE Spiritual System That Governs This World)

(Heavens Above)

THE  HEAVENS :   Supernatural Spiritual And material
        Constructs, And 'Collective Realities' That exist
           Above  And  beyond The world. (Artificial Constructs)


THE WORID :  Natural And material reality That ~~Physical~~
        ~~Composition of Earth~~ reflects The physical
      Composition Of Earth.  Many Times The world Too,
      is divided into various dimensions Of Collective
      Reality That in some way Assimilates To
      Earth And its Limitations. (The world is Also
      An "Artificial Construct" but its designed To
      reflect A natural reality, but its not A natural
      Construct. ) A world can be Divided into Realms Too.


THE  Hells / Heavens Below :  Supernatural Spiritual And
      material Constructs, And 'Collective Realities, That
      Exist below And Beyond The World. (Artificial
      Constructs )


Universe :  (Uni-verse) One Verse - The Universe is
        A Composition Of material Expression Of
       physical Reality. Many (words) Or material
       Expressions Of physical Reality Come
        Together To Form And Construct 'One verse'
       Or Universe. "The universe in its ~~deific~~
         deific form is A manifestation Of material
        Expressions Constructing A supreme reality.

The Word: A single material expression of physical
reality. The creation of a word is and begins
with an expression and then is constructed into
a material form. 1.) word begins with the
expression of reality in the astral plane,
(luminaries projecting a reality)  2.) The word
then ~~Tex~~ is materialized into physical form
through construction (masons) The word also
symbolizes the first creation of reality.
(Genisis 1: 1-#5 )  (John 1: 1-15 )

Verse: A physical construction of various material
realities that come together to give meaning
to a passage.

Passage: The end of a universe. The passing of
a verse, giving greater meaning to its
context. (End of a universe)

(John 1: 1-6 )
Construction of Universal Realities

A word begins with a expression, bringing
a reality to light, projected in the astral
plane. This sets a blueprint for the future
then the word is constructed into a
material and physical reality. Applied to
the craft of a Holy See, the construct
of supreme reality is the expression of words

32

Eyes : In The divine Language, how may Eyes A Person Has, determines How many "realities" They Can See. (or worlds A Person Can See.) *(Spiritual Eyes)

Symbolism

* A `Centour' can only see one reality because it Has one Eye. So it can only see one world Through `Conscious Spiritual Focus.' (Spiritual Eyes)

* A `Ordinary' Person Has only Two Eyes, So They Can only See Two realities, This world And one Hidden world, Usually A Heaven or Hell, Through Conscious Focus. (Spiritual Eyes)

* A Spider Can See 4 To 8 realities Depending On how many Eyes it Has. Through `Conscious Spiritual Focus' A Spider can see 4 To 8 worlds. (Spiritual Eyes)

( See; Revelations 4: 6-9 )

Many divine beasts Depicted in The Bible, have A "Thousand Eyes" running Across Their body. This means in The divine Language, That Such A beast Can See And become Conscious Of A Thousand worlds And Their realities. (Imagine being Able To Focus your Conscious And Then visually see 1000 worlds.)

<u>Keys</u>: Just because we can see a world or reality doesn't mean we can enter it. Many people can "cast a eye" upon someone or something", or "cast their eye upon another world." However, without <u>Keys</u> the doors and gates to these worlds remain closed, to them.

<u>Knocking</u>: If a person 'knocks' on the door to another world, that door maybe opened, by permission of those who inhabit that world. There are many ways of knocking, calling upon a world. Some stand at its gates, others knock on a door. If permission is obtained a person may gain entry.

Breaking a Seal: (Luke 11: 20, 21)
Breaking Through: Rarely does any break through, a gate or door without permission, or a key. However, biblical scripture indicates that to do so, one must 'Bind the Strongman' (Revelation 20: 2-3) (Luke 11: 20, 21) The bible indicates binding the strongman to enter and command their house." In context, if we can find, bind, and torture, someone who has Keys to the gates or a door, we can use their <u>Eyes</u> and Keys to enter. (Spiritual Connection)

Hands : What we hold in our hands we possess and control. We hold our possessions in our hands. (See Revelations 1:16-17) "Christ possessed 7 churches in his right hand." Hands are also what we use to take possession and control of something. Taking control of nations, kingdoms, and people with our hands.

7 is the number of 'Universalism' meaning 7 signifies all universal churches

Feet : Where we plant our feet, determines where we stand. Where are feet are positioned determines what we stand on. For example, "The heaven and earth association" keep one foot on earth and one foot in heaven. The Triads of China, keep one foot grounded in the vices of this world, and another in the sky in their heavenly abode. In the bible, babylon is depicted as a harlot who plants her feet on the moon and puts her head in the sun. Where a person plants their feet determines where they stand.

Blood : A persons spiritual essence is symbolized by their blood. Everything from their identity to their appearance is in a persons blood. This includes the spiritual substance and image of a person.

Urine: What A Person Urinates is The Substances That Persons body rejects. ( Ideas, beliefs, People, Social realities.)

Food: Hard substances The body Consumes into its System (material System) material reality

Drink: Soft substances The body Consumes into its System (Spiritual System)

Spit: What A Person Secretes Through Their mouth, Helps Them break Down food (material reality) Through Their `Perceptions' Of reality And Other People. A persons Spit (perceptions) break Down material reality

(Alchemy / Basic)

* Drinking Something brings it into your Spiritual System Of reality

* Eating Something brings it into your material System Of reality,

* Bathing in Something Puts The matter On you. It will Also `Bring' That Type Of matter To your reality,

Example: Bathing in Childrens blood casts their Appearance 'Onto you', So you look young.

Drinking the blood of Christ brings his Spirit into your Spiritual System.

Eating the body of Christ brings his (material System) into your material system.

* This can also apply to any Persons blood and body. (Consumption Thereof)

When a Substance is put on Someone They wear that Substance on Them.

Example:

To Spit on Someone is to Cast your Perceptions on Them, So They begin to Appear the way you Percieve Them,

To Urinate on Someone is to Cast On Them the Things That your Spiritual System rejects. So That Those Things are brought to Them.

The Divine Language Encompasses many aspects and traditional uses of witchcraft and traditional alchemy. Paying attention to the use of Divine Language Terms is key to communicating with some supernatural reality constructs that adhere to traditional linguistics.

The Divine Language is ~~randao~~ universal and can be found in almost every known religion across the world. Even some national mystical societies and national flags, contain reference to the Divine Language.

Sword: A sword brings death and destruction. Biblically, a sword came out of Christs mouth, (Revelation 19:15-16) meaning the word of Christ brings death and destruction (Think of the movie "Pagemaster." many alternate 'sword from mouth' realities can be formed, for example in witchcraft, witches will read 'Erotic Fairy Tales' against their enemies. A sword can also be held in ones hand, which is the 'sign of the conqurer," who uses his hands to inflict and control the power

The Illumnati Association;

* NOTE: There Are hundreds Of Luminary Groups, And Illumnati Are Just One Group.

A mystical Group That Proposes Collective realities, Through Private And Commercial Enterprise, As Well As State. As A Spiritual Society, The Illumnati Promote `Collective` Corporate realities, by Placing People And Companies In The Spotlight.

The Illumnati Are liberal Social Units That Provide A Mixed Doctrine Of `Animism` And Asian Chinese Oriented Theosophy. The Illumnati Provide A Theosophy Centered Around LIGHT, And respect The Lumination Of All Elements Of life.

The Illumnati respect `Yin And Yang` Theosophy, Agknowladging both necessity Of Good And Evil. They respect Duality As A Social reality, And Have A bright Sun As Their Emblem.

Each person represents Their Own LIGHT, And Each Person is a star. Comes Together With Others To Form Stars.

36

To Exist in spirit, A Person must first Learn to (Talk) (Walk) (See) And (Listen) in Their mind, To Then Trian Their Spirit.

(A mouth To Speak )

(Talk)    A Person Talks by Creating A Loud And Strong inner voice And Expanding That voice in Their mind. The voice is Then used To Communicate Through Telepathy. (mental voice) This Trians Their Spirit To Speak.

( Listen )    (Ears To Hear )
Quite The mind Until There is Complete Silence. A Person will Then begin To hear Other Peoples Thoughts When They reach out with Their mind.

( See )    (Eyes To See )
Focus your mental Imagery, without Trying To Think Of Anything, And youll recieve `vision`. Then youll See The Hidden Astral reality Around you.

( Walk )    Forming A Spiritual body, And Learning To Exit The Physical body, And Walk And move in The Spirit.

Then you will See Spiritual realities All Around you.

NOTE: There are hundreds of different Luminary associations

LIGHT :    Light gives life to reality. All life
     needs light to grow. Without light, life
     cannot exist. Plants, trees, and people
     need light to survive.  Light is ethereal
     elements and vital to both physical
     and spiritual survival.


Coloration :  All light is not the same color.
     Some are red, yellow, and blue lights.
     Each color represents a distinct
     social and philosophical reality. Some
     realities are good, some are evil, and
     some are niether. These are demonstrated
     by a manifest color.


Spirits :   Each person has a spirit. Their light
     is shown luminecently. Some people
     are 'White Ethereal' which is saintly
     holy light, some are 'Yellow' which
     is 'Good' light, some are 'Blue' light,
     but most become 'red' or evil lights.

     A persons character determines the
     color of their spiritual light.

38

Lifelight : Not All Life Can Exist In The Same light. Some Plants, Animals, And People Can Only Exist In Specific Color realities, Such As `Red´ Light (evil realities) Or in Alternative `White´ LIGHT, (saintly Good realities.) The reality in which a Person is most Compatable is Their lifelight.

Although a Person, Plant, or Animal Can Temporarily Survive Outside Of Their `Lifelight´, They Will Eventually Go insane. The Wrong Lifelight Will Frustrate Their Spirit And Cause Them To Lose Grace.

STARS : Spiritual Energy Combines To Form Stars. Each Star represents A Different Conscious And Collective reality. These realities Are manifest in The Universe As Spiritually And Culturally Significant,

Stars Are A Combination Of simularly Oriented Spirits That Are `Anchored´ To A Particular `Solar System´ They Share in A Collective Conscious reality.

39

Each Star has its own Spiritual Culture,
Each Star 'illuminates' a Solar System,
Providing 'Spiritual realities'. Depending on
the culture of these Spiritual realities, there
can be an intensity of 'Good' or extreme
evil in a universe.


Spiritual Collectives :   A merging of several Spirits
             into a single body. The Spirits Share
             a simular culture and reality, Consisting
             of multiple consciousness. (otherwise called
             a Spiritual collage.)


Nebula :  A cluster of Spiritual Collectives
       seeking to merge and form a star.


Anchor :   A persons spirit 'Anchors' in a
      Particulare  'Spiritual collective', Nebula,
      or Star. This 'Anchor' should always be
      set in a place most compatable to
      that persons lifelight.

       If their Spirits coloration is red or 'Evil',
       then they should anchor in red, and
       If their spirit is 'white' then they
       Anchor in Good ( Spirits Can also Anchor
        to special places )


40

Torment :   When a Spirit is Trapped in a
         Adverse, hostile, And or Undesirable
         reality That is not Compatable with
         its 'Lifelight.'  For example if a
         'red' or Evil Spirit, is Trapped in a
         'White' Spiritual reality (saintly Good Culture)
         Then That Spirit will Suffer Torment.
         And vice versa.

Resistance:   A Spirit will reject A Cultural
         Spiritual reality That is Adverse To
         its Lifelight. A Person whose Spirit
         rejects Such A reality, will be marked
         by insanity.

Blinking:   When 2 or 3 different Spiritual
         Entities fight Each Other, (Resist Each
         Other ) Their light Starts blinking
         between The Conflicting Colors.
         Blinking Stars or Spirits indicate
         Conflicting Forces At War.

* Color Warfare :  A Color War Occurs when
         One Spiritual Color, Seeks To Dominate
         And merge into itself, Opposing Colors.
         If a White (Good) Spirit, Tries To merge
         A 'red' Spirit into it, A struggle Ensues.

41

In Cases where A Large Overpowering
(white) Spiritual body, Overtakes A
Smaller Spiritual body Of The Opposite Color,
(red/evil), A Fight will Occur. Even if
The (white) Spiritual body wins The war,
it will Concede portions Of its Color
Purity. If it Keeps Consuming red,
Then white will Eventually Turn red.
This Change many Times Occurs So
Slowly And Gradually, its not noticable.


Bodies:  There Are Different Types Of
Physical bodies That Can be inhabited.
Each body Usually belongs or is
made in A 'Cultural reality.'

Some bodies Are 'Grown', As
Spirits inhabit A body And Grow Their
bodies To A Particular Age. Then The
"Growth Gene" is Turned Off.

For example A bodies DNA Can be
modified To Stop Growing or Aging
At Age 13 or 14.

39
42

DNA can be manipulated To "stop" Aging
And even "reverse" Aging, in Bodies.
A bodies Age can be reversed, Forwarded,
Or Halted, by DNA Coding.

Beyond new DNA, bodies can have
'nerves' And A sex Drive. However
some Are built without A nervous system.
(The cheap bodies Dont have nerves )

Not All bodies Are 'Humanoid' Either.
Some bodies Are 'Artificially Created'
Species, such As 'Grey Aliens' or monsters.

Some examples of bodies Are,
Candy wrappers (Kids)
Grays            (Aliens)
Chips            (Adult male And Female)
Vessells         (Adult male And Female)
Chepoverk        (Old male And Female)

* Custom bodies can be grown and
manufactured as well.



43

The End result Of Illumnation is Absolute Immortality. Living Thousands OF years, swapping bodies, Engaging in Hedonic Vices And Pursuing Sensual Pleasures. Physical bodies Can be bought And Possessed For The spirit To Live in Flesh.

The Partnership :

The Partnership is a Group Of Partnered Associations, Such As The Following, That Also Practice This Immortal Craft.

1 * The Skull And bones
2 * The Klu Klux Klan
3 * The Children Of GOD
4 * The Children Of The Devil
5 * The Asatru Alliance
6 * The La Cosa Nostra
7 * The Free masons
8 * The Immun Gun
And many more...

9.) Humanities Number
10.) Church Of Satan
11.) The red Hate
12.) Immortals
13.) Santera
14.) Thelema
15.) Wicca
16.) Chepaverk
17.) Windsor Palace
18.) The Cobras
19.) Order Of THE Black Sun
20.) HEAVEN AND EARTH Association

* The illumnati 'Enlightened' many Of These 'Partners' Giving Them "Spiritual Awakening" And Teaching Them The Immortal Craft.

Skull And Bones :   A Euro American Fraternal Association Originating In 16th - 17th Century. Their Emblem Is A bottle Of Rum With A Skull And Crossbones Logo Signifying 'Poision'. The mystical Aspect Of This Fraternal Society Started with Their founder 'Captian Blackbeard', Who Sailed The Pacific Sacking And Pirating rival Ships. In A Effort To Assist The War Against France And Spain, The Crown Of England Knighted Captain Blackbeard, And Commissioned His Crew To Sieze And Attack rival Vessels.

At Sea, The Blackbeard Crew Survived by mixing rum with Ocean salt water. Blackbeard having A 'remarkable' Gut or Stomach, Would Drink The Water First, Digesting The Hazardous Salt Water, And Acting As A Human Filter.

Ocean Salt water is Poisionous To Humans, (most Humans), but Blackbeard Would Filter The water Through His Own stomach, And Urinate Drinkable Water To his Generals. Thus, blackbeards Crew Survived On A Urine based drinking Filter system.

45

The Filter System :   Blackbeards Crew Established An Orderly Chain Of Command, whereby The men with The 'Strongest' Stomachs were Appointed Highest ranks. The Captian would Urinate 'Drinkable' water To his Subordinates, And After Drinking iT, The Subordinates would Urinate To Their Own Petty Officers. Thus 'SalT water' mixed with rum, would Pass Through A 'Human Filter System.'

Blackbeard, Drinking First, would Digest And Then Urinate The water To ranking men, who Then would Urinate iT To Their Officers And Petty Officers. Thus A 'Trickle Down' Effect was Established,

Stripping :  A Practice Of ritual where A Persons Personal Property, Effects, And even Skin was Stripped Away, Until That Person was Only bare bones. The raw bones would Then be returned To That Persons Family.

Stripping would Also Apply To removing The Clothing From That Persons Family, Leaving Them Naked And Degraded.

46

Stripping Originated in England, where a person was "Stripped of their wealth, dignity, titles, and esteem.' Eventually they were also stripped of their flesh.

Stripping a entire family of their wealth, dignity, and esteem, mostly meant stripping the flesh from men, and seducing the women and children into degrading subserviance.

The Boat : Term used to describe the collective association of Skull and bones. Such as "Their on the Boat."

Vessel : A vessal is a persons 'Physical body. A 'Carnal vessel' is the human body compared to a ship. A persons 'vessell' like a ship, can be bought, sold, 'captured', possessed, and repossessed. Human bodies were often sold by Skull and bones merchants.

47

Fly:   A Persons Spirit is Known As A `Fly`. A Fly is A `Conscious Spiritual Energy` That Leaves The Persons body After Death. Once A Vessel is Destroyed, The `Fly`, Wanders About Aimlessly Looking for A new Vessel To Possess. Spirits Are Called Flies.

Poision:  A Persons Preferred Taste Of Vice. Through The `Human filter System` it is believed That `Substances` (rum) were `Diluted` Or `Watered Down` As it Passed Down Through People.

The lowest ranking People To be Last To Drink The Urine, Got The `Least` Poision. Thus The Achahol was Greatly Diluted having Passed Through multiple bladders That filtered The Toxins.

Thus The highest ranking Officers who Drank blackbeards Urine, were The Drunkest, And The Petty crew members Who were last To Drink Urine, barely Got any Alcohol.

By This standard, all human vice, including 'money', 'sex', 'food', and Drink', are filtered through a hand me down system. At the top, the highest ranking members of society, get first serving of 'money', 'sex', 'food' and Drink.

The vices in which the highest ranking members consume, are digested, diluted, and then passed down. Vice or poision is gradually 'degraded' and diluted through the human filter chain.

The 'sex', 'food', and 'drink' that people get at the bottom of society will not be as good as what the people at the top of society are getting. Thats because the sex, food, and drink are diluted as it is passed down. Thus the taste of vice is diminished through the filter. Therefore the people at the bottom are left wanting.



49

DROUGHT:   In The 'Trickle Down' Effect Economy,
A drought Occurs When The People At
The bottom Are not recieving Enough
'Liquid' (Liquid Capital) From The People
At The Top. (Urination)

Different 'Classes' or 'Types' Of People
require Different levels OF hydration.
Thus, A People 'Degrade' When They
Dont Get Enough 'Hydration.'

Mixture:   To Prevent Degredation, The
Appropriate Toxins must be Included
in The Water. This means That
Certian Classes Of People Are Only
Compatable With Specific Filter Types.
Water (liquid) recieved by The Wrong
Filter, Will not hydrate People who
reject it. (Pick your Poision)

Mutiny:   When People At or Close To The
Bottom Are not Getting Any or Enough
Liquid, (Trickle Down) or The desired mixture,
They mutiny And begin To revolt.

50

Mutiny is most common in the bottom or middle classes. The top class holds a full bladder, refusing to urinate on the lower class of people. So they revolt.

Second cause of mutiny is the wrong filter or mixture being used. Not everyone can drink from anyone. People have to have "comparable" tastes, or desire the same poision.

Unhappy people who endure droughts, will mutiny more likely.

(* When it comes to pissing, always remember the law of `Opposite Attraction`. )

The Closet :    Skeletons are kept in the closet. Those who are stripped, stripped of dignity, wealth, and titles, as well as flesh, are put in the closet. (This is also called prison or a dungeon )

51

Exchanging Vessels :   When a Person is
Captured, Imprisoned, or Under Durress,
or Dies (Vessel is Captured or Destroyed)
That Persons `FLY´ or Spirit Must Exit
The Body. The Spirit (FLY) Will Then
Find and Enter a New Body. (Vessel)


Purchasing Vessels : New Bodies And or
Vessels Can be Purchased On The
Market. The Vessels Can be Stored
At A Persons `House´ or `Hall´, And
Swaped Out A Liesure. When The `Fly´
Spirit Enters A Vessel, it Takes Possession
Of it.


Capturing / Possessing Vessels :  Other Persons
Bodies or (Vessels) Can be Captured or
Possessed. The Persons (FLY) or Spirit
Must First be Forced Out Of The Body
(Vessel). Once That Persons (FLY) is
Evicted, Then They Can be Possessed.


However, it is Preferable To Use Vessels
That Have been Purchased On The
Market.

52

Spiders:  Spiders Are Kept in The Closet,
    In Case A Persons Spirit (Fly) Tries
    To  Leave And Escape Their body (Vessel)

    When A Person is Put in A Closet,
(Prison, Dungeon, or Captured) They Will
Usually Commit Immediate 'Suicide' So
Their Spirit (Fly) Can Escape Confines.

The Persons (Fly) Spirit Will Then return
To its Anchor, To Possess Another
(Vessel) Body. Then That Person Will
resume Their Affairs With A new body
or Carnal (Vessel)

    Spiders Consume or Eat (Flies) That
Try To Escape Captivity. (Prison)
Spiders Trap And Eat roaming Spirits
That Are Wandering or Trying To
Leave The Closet.


Immortality:  Fleshly Carnal Immortality
    is Acheived by Continued Use And
    Swapping Of Vessels, Purchase And
    Possession Of new Vessels And
    Exterminating rival (Flies) Spirits.



S3

The Klu Klux Klan :

Otherwise Called `The Hidden Empire;`
The KKK was Commissioned by Adolf
Hitlers (ministry Of Enlightenment )
And Propaganda ), To subvert And
OverThrow The United STATES Government.

As A white Christian Nationalist Group,
The KKK was illumnated And Enlightened
in Their Partnership with The illumnati

The KKK were Taught To (Talk), (Listen),
(See) And (walk) In The Spirit.

Ghosts: The Persons Spirit is Called
A Ghost In Klan Culture.
Ghosts Leave Their body And
Can Purchase And Possess
Other bodies To Do Their bidding.

The Hidden Empire: reference To A
Invisable Dimension OF Alternate
realities, in Which The KKK Own
Several Halls And rooms (secret
Halls And rooms )

NOTE * THE Cross Symbol represents WHERE
A Person Looks for Salvation

(AWAKENING)

The KKK were Taught To 'Talk', 'Walk', And 'See'
in Spirit, Given "Spiritual Awakening" by The
Illuminati Association, And Also Taught The immortal
Craft by The Illuminati, And 'Skull And Bones"
Association. Their "PORTNERSHIP" WITH **The Order
Of The Black Sun**, A incentivized Them To Awaken
The KKK To 'Dark matter' realities. (see
**THE ORDER OF THE Black Sun**, for more information

Sheets/Vestment : The Sheets and Vestments Of The
KKK Symbolize Their Wearing Of "Physical
material" bodies. Some Of Their Sheets Are
White With A black cross, And Others Are
black Sheets With A red cross. meaning They
can wear both black And white bodies.

Chronosphere
                                    (Black Chrono Cross)
<u>Black Cross</u>: The 'black cross' Symbolized And
   Represents A 'Black Chronospher'. Which is
   Probally The Same As THE BLACK SUN. The
   black Cross On A Sheet Of white, represents
   (Black Chronosphere) - moral Nihilism 'beyond Good And
   Evil', Above And On A Sheet Of white (moral
   Christian Purity)

                                    (Red Chrono Cross)
<u>Red Cross</u>: The 'Red Cross' Symbolizes The 'Red Star'
   (or Possably The red Ray Of Light From Our Sun)
   indicating 'Evil within a moral System / Immorality'
   On Top Of A Black Sheet (moral Nihilism)

54

# THE HEAVEN AND EARTH ASSOCIATION

The heaven AND Earth Association was founded a 1000 years back durring The ming Dynasty. The founders were a Group of monks, a religious order, That were Disbanned by The ming Dynasty, of whome ordered Their Execution.

The Heaven AND Earth Association is a mystical Society, founded by Exiled monks, who banned Together To fight The Chinese Government. Theyve established initiation rituals That include "Drinking Blood"

members of The HEAVEN AND Earth Association Take a Spirit Sign From The Zodiac, Including a 'Snake', 'hare', 'bull', ect... which Symbolizes AND Endows Them with Sharing in The Divine Nature of The Zodiac.

The HEAVEN AND EARTH ASSOCIATION, Has 12 'fingers' representing Spiritual Orders Centered Around The Zodiac, AND Accultured To a very 'vulgure' AND 'Savage' Adherence To Chinese Theosophy AND Animism.

SS

THE RED HARE  (HEAVEN AND EARTH ASSOCIATION)

A Animal in The Chinese Zodiac That
represents Fertility And Reproduction.
THE Red Hare represents Aspects OF
The Human life Cycle, That Encompass
Death And Fertility.

Possably related To Captian redbeard
Who Dipped His beard in blood
And sailed The Pacific Pirating
Ships Across The maratime.

The Red Hare was Also A well
Established brothal For Chinese,
Sex Workers.

The Red Hare was Also The
Syndicate That Dealt Death
To Their Customers, or Part Of
A Zodiac Syndicate. (Triads)

The Red Hare Deal With Assassination
And Sex Work. THE Red Hare Are
Likely A Chinese, Or Japanese
Culture. (The red hare' is A "Finger" OF
The Fraternal body "THE HEAVEN AND EARTH
ASSOCIATION" OF China.

Sex:  When a Red Hare has sex,
      He Passes OFF The spirits OF souls
      He's Consumed To His Partner.
      The Spirit Passes Through His Penis
      And Into a Womans Vagina. Thus,
      Reincarnation is Processed.


Eating:  Reubeard ate His victims.
         His beard was red with the
         blood OF men he killed.
         men killed by a Red Hare are
         Held in either sex Organ, Depending
         On Gender OF The Hare. Fore male
         Hare, victims are Held In The nutsack,
         And For Female Hare, victims are
         Held in The Female sex Organ. The
         Spirit and Lieflight OF each victim
         Consumed Can be seen in The Balls
         Or Vagina OF the Hare That killed them.


Rejection:  Technically victims are supposed
            To be Reincarnated by Hare Durring
            Sex. However, when a Hare masturbates
            Or Pulls Out early, The Spirit OF The
            victims are Aborted.

57

Teasing:   Hare Love To Tease. For Foreplay, Hare will reject Trapped Spirits. The "Lifelight" Of A Persons Spirit, Can be seen in a man or womans Cum. masturbating And Rejecting Spirits On A Girls Face (Facials) And rejecting Damned Souls into A Girls Pretty mouth, A (Blow Jobs) Are One Form Of Teasing. The Girls Can Then (Cum Swap) Passing The Spirit From mouth To mouth, While French Kissing.

Blow Job:   When A Girl Spits or Swallows A Damned Spirit That is rejected into Her. She Can Swallow or Spit Cum With A Persons Lifelight in It.

Facials:   When A Guy or Girl rejects A Damned Spirit On A Pretty Young Girls Face. Videos And Pictures Can be Taken To Tease The Family.

Cum Swap:   Girls Can Swap A Damned Spirit From mouth To Mouth, While French Kissing.

58

Foot Job / Hand Job:   When a man or woman
or boy or girl, reject a spirit on a
girl or boys hands or feet. The spirits
Lifelight can be seen on the cum.

Snuff:  Videos and pictures can be recorded
(FTW)   To torment a persons family and
pleasure paying customers and
Intimate partners.

A man or womans wife and kids
can also be 'Forced To Watch'
(FTW) while their family gets
snuffed.

After a while, the remaining family
can be sexually turned out, or
'Conditioned' with 'Stockholms'
Syndrome.

* The Redhare was a Asian Pacific
Organization / Order, based largely
on Captain redbeard. Same and
simulare customs apply as to other
boat cultures, such as "Skull and Bones"

59

La Cosa Nostra

The Italian business Established in 1890, goes back To 'roman Times'. This Enlightened fraternity of italian families, Follow a dogma of The 'Roman Way'. ( Note: In Roman Culture a person Was known by Their Last Name, having Only 2 or 3 name parts. For Example: "I Present 'John' of The 'Smith' family. (John Smith ) The Spiritual Preservation of both roman and italian bloodlines, are an Essential Component of La Cosa Nostra

Symbol

God Element: La Cosa Nostra follows 'THE ORDER OF LIGHT', as a general 'Luminary' Culture, but Also has Boats To Navigate THE SEA OF Time.

Sun

Puppetts: The Physical and Carnal bodies That a Person wears. The Collection Of 'made' human bodies, For Spiritual habitation, is Known as 'Puppets'. A Person Can Spiritually Transfer between Puppets for Continued Carnal Existence.

Puppets

( Larium La Familigio )

<u>Larium</u> : A Larium is a place in The home where a Families Spirits reside. The Household 'Larium' is usually Guarded by An Altar With religious Totems and candles. The Spirits Of The 'Larium La Familigio' Can Transfer into 'Puppets' For Carnal Human Existence. ( Family shrine )

<u>THE BLACK HAND</u> : The 'Invisable Hand' That Guides The Puppets and Controls The Spirits and Puppets, As well As The Larium. People That Die without Spiritual Awakenning, sometimes require a "Helping Hand" To Speak And Act For Them. "The Hand That Controls The LIGHT".

<u>THE WORKSHOP</u> : Building puppets For Spirits To Wear is no Easy Task. Think Of 'Pinnochio'. Pinnochio wanted To be a "real boy", So he went To 'Jappettos workshop' To have a body made for him. Everyone knows The Story Of How Pinnochio got made a Boy. Not everyone knows The Story Of How Pinnochio became a MADE MAN. The workshop makes Human bodies For Spirits And Souls To possess.

(THE STAND)

PUPPET SHOWS: When one crosses or upsets the 'invisable Hand', That hand may turn the show against you. The puppets on invisable strings, some living and some dead, all are conducted by a set of "puppetmasters" who move and talk for them. Some shows are done honorably, others are done dishonorably, to punish those who cross the masters of the ~~masta~~ puppetts. 'Getting a show' or 'Giving someone a show', is a form of sadism and divine cruelty, whereby a persons family (puppets) degrade them, attack them, and incurr humiliation. For example, if a person who is under the authority of the Black Hand, and upsets the Black Hand, by adverse action or disobediance, the "familigio larium" might turn against them, even making their mothers and fathers rape them, engage in a family orgie, or conduct otherwise intended to humiliate and degrade them. In contrast, a person who cooperates and obeys the Black Hand, will be rewarded and have their family conducted honorably.



The Audiance : Every Puppet Show has An Audiance, mostly People Of Interest who mob Together in Public Square To watch A Show. Every show Attracts a different Type Of mob. Some mobs Are bloodThirsty And Sadistic, And want To see A Show Of Cruelty And Sadism. Other mobs want To See a Less violent And more Heartwarming Show. Different Shows Attract Different mobs. The Type Of Show Presented Depends Largely On "The Family" Presenting The Show. Different 'Families' Put On different Shows depending On The Culture Of Their 'Larium La Familigia', And The Spirits Of The 'Larium La Familigia'. (mob Families)

*** He mob

Each Family s Part Of The black Hand, has Their own mob" That Attracts To their Culture. Every Family s different And has Different Types Of Spirits

Dons / masters / (Italian word 'Don' means master )
The Black Hand Consists Of many "Dons" who Are 'masters' Equivalant To a "Lord Spiritual" who is The master Of A Realm / Heavenly realm. (The word 'Don' means 'master' which is A English Equivalant To a 'LORD Spiritual') The Don Controls The Light Of The Families Shrine 'Larium La Familigio', And Takes Care Of The families Spirits. I Also Take Note, Spiritual Entities Are Supposed To Have Free will And be Self Governing. To 'manipulate' A Spirit Adversely Violates The Spiritual Soverignty Of A Person
x When A Italian Kisses his Family, he is Kissing The The Hand Of THE DON (master) who wears Them As Puppets, Putting On a Show.

61

GODFATHERS / GODMOTHERS :

Since "La Cosa Nostra" is Patriarchal, The Godfather assumes The Duty And responsability Of Training The Spirits Of The Family To Speak And Act For Themselves. (A Godfather is A 'Spiritual Instructor' who Educates The Spirits Of The Family, both Living And Dead, To Talk, Listen, And Walk in The Spirit.)

Many disembodied Spirits have been Wrongly Deprived Of Their memory, Personality, And Soul, deprived Of Their Identity. Returning Individual Identity, Personality, And Memory, The Restoration Of Free Will And Self Determination, ~~occurring~~. Requires Someone Trained in Spiritual Instruction And Management. (Reinstituting A disembodied Spirit To Conscious Self Awareness And Functional Carnal Capacity.) / (Full Cognition)

It is Important To Remember That The 'Violation' Of A Spirits "Free Will" is A Crime Against humanity. All Spirits Of People who were Once Alive, MUST be Kept in A 'Functional Cognition' State Or Restored Thereto. Any Prolonged Manipulation Of A Spirit, is A Form Of Torture.

Many Times, The Godfathers And Dons Are The Same Person, Performing The Same Duties. Sometimes The Godfather is a `Lord Spiritual` While The Master (Don) is a `Lord Temporal`.

House: A House is a `Divine Construct` That's material form On Earth, Serves As A Entrance Way, into A Well Crafted Divine Realm Where A Family resides. The Don (master) is Lord Of The material Realm. The Godfather is usually a `Lord Spiritual`, But Both however Can usually be The Same person.

Our Culture: A Catholic Saint Who Was Once Commissioned To Perform Excorcism, refused To Cast Demons into Hell. Instead, he Found A Safe Place And Locked The Demons in A room. This divine mercy manifests in The Culture Of Our Thing, Which is The Agknowladgement Of A `way` Of Life, And Acceptance Of human vice. Even when A member is killed in Their vice, A new body is formed for Them. Thus human vice, including murder, is no Longer Principle.

NOTE: Although I quote Scripture, I DO NOT hold Supreme Any religion, nor Adhere To Christianity.

Biblica
( See: Colossians 2: 8-9 )

GOD Element:
Particle Energy /
Photon, Electron

THE ORDER OF LIGHT
(THE LIGHT OF TIME )

The Order OF Light, having A vast Assortment OF Realms And A Chronosphere OF its Own, is Home To A vast Assortment OF Spiritual Associations And Collective Realities. The Associations That belong To The ORDER OF LIGHT, Adhere To A Universe OF Luminary dieties Who Govern The Sun And The Stars. The Order OF Light Places 'Luminary' deities in A Celestial body, OF Which HOST MANY Different Religions.

Luminaries: Almost Every Known religion HAS roots in The ORDER OF LIGHT, Since They have Celestial Properties. Christ Identified AS THE morning Star, but So does Satan. Confuscious, Buddha, Muhammad, Zorastor, All Identify AS LIGHT, Indicating Celestial Properties. Islam, Judaism, And Christianity All HAVE Celestial Properties.

Associations: Many Associations And Fraternical Clubs or Religions Commune with The Order OF Light, ranging From The Illumnati Association To The Maoist Luminoso, Mafioso Luminoso, And Many Other religious Groups Who Adhere To The LIGHT OF Time.

Hall: A stationary place within Time and Space,
Designated for a special purpose, usually a place
where Gods reside, with their faithfull followers.

Dancing: A coordinate set of movements that allows
a person to live eternally continuing forever
in the light of Time. ( Dancing in the fire to
avoid getting burnt ) - One misstep can lead
to death. ( Like swimming ) - Reincarnation
Vampyrism

Spirits: Luminary bodies of conscious energy.
Spirits alone, without soul, mind, personality and
body are incomplete. ( See 4 Composition of life )

Prism: A pyramid object that breaks up light into
Seperate Rays

Ray: Various color segments that light can be
broken up into.



Lords of The Sun
Satan
Christ
Xahweh Bc.
Confuscous
Ha
(Sun) Alpha |||||||||| Omega
Timeline AD

(Satanic System)
Astaroth
Osiris
Lucifer
Abaddon
Satan
Belphegor
Leviathan
Asmodeus
Beelzebub

(Yeweh) Judiac System
Yaweh
Words of Chris
" you are the
Branche
Christ
St. Paul
St. John
St. Mark
St. Martin
St. Patrick

(Greek System)
Gia — Uranus — Nyx
Aether
Hemera
Chaos
Pontus
Tartaros
Erebos
Eros
Eos
(Dawn)
Hemera (Daylight)
- means Partnership

Each
Celestial Deity
Cast their own light,
That light is then broken up into
Lesser Deities who branch off
casting their own Ray of light.

Branches
= Two Branches
= 3 Branches
= 7 Branches

= Branches

63

( NOTE: Although I Quote Scripture,
    I Do NOT Follow Any religion As
    Alone Dogmatic.

Biblica
(Colossians 2:8-9 )
GOD Element:
    H2O WATER

## ORDER OF THE SEA
## (The Sea Of Time )

The Sea Is An AQUATIC Culture, WITH ALMOST The
Same Composition As The Order Of LiGHT, EXCEPT
The FUNDAMENTAl Element is WATER. The Same CONCEPT
Applies As To The ORDER OF LiGHT, EXCEPT This Order
DEPICTS a WATER Culture. All Time AND SPACE HAVE
been SUBMERGED In WATER, A Kind OF AQUASPHERE
That SPins Time In A Whirlpool. Like The 'yarn'
ball 'ChronoSphere' Has 'ThreADS' ThAT WEAVE Time,
The WATErS 'ChronoSphere' has "CurrenTs" ThAT
WEAVE Time STreAms, inTO A Chronosphere OF WATER.

FiSH: PEOPlE That Are STUCK In THE SEA OF TIME
    Are CAlled 'Fish' because Their TrAPPED In The
    "Current." THE Force OF Time CreATes A
    "Current" ThAT Fish CAnT EscAPE. A FisH
    CAnnoT move "BACKWArD" in The SeA OF Time,
    Nor CAn A Fish move AGAinsT The STronG
    CurrenT OF Time. ITS TrAPPED In A LineAr
    CurrenT OF Time.

THE SEA : The VAST NATIONS, PEOPles, AND TOUNGUES
    That have ExISTED Through Time. This is
    rEPresenTED AS The HisTory OF NATIONS AND
    PEOPles SUBMERGED In The SeA OF Time.

Body: It is believed that the body is 90% percent water, thus the boat cultures prefer to exist as a substance of greater weight. (Physical body)

Boat: A boat can float through the Sea of Time and pick people up along the way. A boat can carry people on a voyage through the Sea of Time, and drop people off at other places. Some boats are built for 'Luxury', some for 'Utility', and others for War.

Fishing: When a boat travels through the Sea of Time, it fishes for people along the way. Some it takes to strip, eat, and escort into a Hall.

Navigating: Navigating is charting a course through the Sea of Time, and following that course.

Parascope: A projection (cognative focus) spiritual projection into future time

Charting: Viewing projected time through the future. And plotting a course through the future.

Sailing: Traveling through the Sea of Time without charting a course first. When your sailing you encounter WAVES you cant see comming.

Waves: Big events in the Sea of Time, that can cause a boat to capsize and turn over. (War, Conflicts, Ect.)

64

Swimming: A Engaging in a set of coordinated movements, That allows a person to extend and continue life in The sea of time.
(Example: Reincarnation, Vampyrism)
(Dancing in fire / Dancing in water)

Current: The forward moving motion of which we are all trapped in. To escape the current, is to escape the force of time.

* Diving: Traveling Through The Depths of History, To view, Study, Observe, and even interact With The past in The Sea Of Time.

* Bait: An Attractive Object set on a hook, set in The Sea of time to attract Fish.

* Each Spiritual Theosophy and Religion has a HALL, where its believers and Faithful Reside. Boats Are Sent out To Attract, bait, and Catch Fish, (Followers) To Take To a religions HALL.

HALL: A Hall is a stationary place in Time and Space Designated for a Special Purpose, usually a place where The Gods reside with their Faithful Followers Boats belonging To Halls Catch Fish (Followers) And Deliver them To a designated Hall.

CHRONOSPHERE
DIAGRAM 1

Timeline    (WhirlPool)

Year
2020
2019
2018
2017

Fish Travel Around in year incriments, moving up in time (However This Only looking sideways)

DIAGRAM 2

* Timeline can be Adjusted To 1 yr or 10 yr incriments

Space Dimensions

BC

Alpha

AD omega

Timeline Dimensions

( * Philosophies And Doctrines Of Spiritual Existence Are Usually Represented With "Space And Time" Spirit Element Constructs ( Colossians 2:8-9 Biblica )

The Entire Concept Of Time In The Sea is The Same As Light. Except The Fabric is different. The Whole 'Chronosphere' design is Exactly The Same, regardless Of The 'Fabric Used To Knit Time'. Whether it be Light, Water, Alder Or any Other divinely Attributed Element.

In The Case Of The Sea Of Time, The Water is Knitted Into A Woven ball Of 'Time', bringing Together 'Streams' And 'Currents' That Keep Time in A Constant Lineir motion.

(TRY THIS)

NOTE * Because There is No Gravity In Space, Water Can be Spun Into Threads Or Streams Of moving within A 'Strand' Of Currents. Thus, Water Can be Weaved In A 'Watersphere' With Elaborate Streams moving Constantly in A Current. (Thus The 'Watersphere Diagram' is A ball Of Water, In A Constant motion Of moving Currents And A Composition Of moving Streams Therein. Try To Create This Type Of Ball)



Space Wheel
Alpha
BC
Omega
AO
Time Dimn Whee
Spatial Dimensions

* As The Wheel Of Time And Wheel Of Space, Turn Together, The Threads (Stream) Of The Sea Of Time Are Woven Into A Liquid "Chronosphere"

Elemental Constructs: Almost Any Element, Gas, material, Particle, or Liquid can be Turned Into A Chronosphere Construct, That Circulates Time And represents Its Own Unique Philosophy. Look At The Elemental Planets And Their 'Roman' And 'Greek' God Philosophies (Colossians 2:8-

NOTE: Like Elements Can be broken down And Turned Into Universal Realities, So Too, Knowledge, Ideas, And philosophies Can be broken down And Turned Into Universal Realities (Biblica; Colossians 2:8-9

65

GOD ELEMENT:
            Dark matter

# ORDER OF THE BLACK SUN

The Order Of The Black Sun was Popularized by 'Adolf Hitler's' "ministry Of Enlightenment And Propaganda", in 1940, but Dates back Long before The 20th Century.

The Order Of The Black Sun Adhere To Dark matter, Which is A Substance And Light Of its Own. Most People Confuse it With 'Anti-matter', believing it Opposses The material Universe. However Dark matter is A material Element Of its Own, Fighting for room Amongst The Light.

Dark Reality: Collective realities And Associations built Around The Black Sun, Adhere To Dark matter As Their Spiritual Substance, The Same Concept Applies To Dark matter As Applies To Light, except it Originates From another Sun. Those Who Adhere To Dark matter Are generally Counter Cultural, usually Nihilists who Seek To OverThrow Social Norms They Find Morally Oppressive. Unlike 'Anti matter', Dark matter is merely Contending for room Amongst A Universe Of Light Spreading Adverse moral Systems.

The Black Sun: The Black Sun has its own 'Timeline' and Dimensions of reality, Realities, as well. (The Chronosphere of The Black Sun has a simular function to the Chronosphere of Our Sun) Both our Sun and The Black Sun, have their own seperate Heliosphere.

The Chronosphere and Chronocross apply to every solar system.



SPATIAL dimension
- Alternate Dimensions of Space

Alpha

Omega

BC

AD
* Expanding Timeline

(* The Black Suns solar system can be accessed by a stargate )

In their solar system, There are many habitable worlds, all of which have a culture casted by the Light of a Black Sun,

NOTE:
The Last Part on Perspective has nothing to do with seeing a Dark system

Ability to see any reality is more about Administrative connection

Some solar systems are dark, others are full of radian Light. Our Ability to see dark systems, depend on our eyes. The way we view the world and the universe and the way the universe views us. The conflict of 'Perspective' and way of life, gives us our own Light.