# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 14, 2022

Mr. Kyle Brandon Richards
Baraga Maximum Correctional Facility
13924 Wadaga Road
Baraga, MI 49908

Re: Case No. 21-2762, *Kyle Richards v. Illumnati Association, et al*
Originating Case No. : 2:21-cv-10814

Dear Sir or Madam,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/C. Anthony Milton
Case Manager
Direct Dial No. 513-564-7026

cc: Ms. Kinikia D. Essix

Enclosure

No mandate to issue

Case No. 21-2762

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

KYLE BRANDON RICHARDS

    Plaintiff - Appellant

v.

ILLUMNATI ASSOCIATION; SKULL AND BONES ASSOCIATION; ORDER OF THE BLACK SUN; HEAVEN AND EARTH ASSOCIATION; FREE MASONS

    Defendants - Appellees

 

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

The proper fee was not paid by February 11, 2022.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

          **ENTERED PURSUANT TO RULE 45(a),**
          **RULES OF THE SIXTH CIRCUIT**
          Deborah S. Hunt, Clerk

Issued: March 14, 2022